IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SHAKA MUHAMMAD,

    Plaintiff,                  No. CIV S-07-0089 LKK KJM P

    vs.

R. LONG, et al.

    Defendants.        <u>ORDER</u>

_____/

        On January 25, 2007, the court ordered plaintiff to submit a completed application to proceed in forma pauperis and a copy of his inmate trust account statement for the last six months. To date, plaintiff has filed only an incomplete IFP application and has not filed a copy of his inmate trust account statement. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff shall submit, within thirty days from the date of this order, a completed affidavit in support of his request to proceed in forma pauperis on the form provided by the Clerk of Court;

        2. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner;

/////

/////

1

1        3. Plaintiff shall submit, within thirty days from the date of this order, a certified
2   copy of his prison trust account statement for the last six months; and
3        4. In the event plaintiff cannot comply with this order due to the actions of prison
4   officials, plaintiff shall submit within thirty days an affidavit indicating that he has complied
5   with all applicable prison procedures in attempting to comply with this order and provide the
6   court with the name of the person at his prison responsible for assisting plaintiff in completing
7   his application to proceed in forma pauperis.
8   DATED: May 8, 2007.

_____
U.S. MAGISTRATE JUDGE

1
muha0089.ifp

2